UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STANLEY ANTHONY LEMANSKI,**

      **Plaintiff,**

v.                                        Case No:  6:15-cv-1485-Orl-41JBT

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                                            /

**ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Remand (the "Motion to Remand," Doc. 15). United States Magistrate Judge Joel B. Toomey submitted a Report and Recommendation (Doc. 16), which recommends that the Motion to Remand be granted, that the final decision of the Commissioner of Social Security be reversed, and that this case be remanded for further proceedings. Judge Toomey also recommends that the Clerk be directed to enter judgment accordingly. (*Id.* at 3).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Remand (Doc. 15) is **GRANTED**.

3. The Commissioner's final decision is **REVERSED**, and this case is **REMANDED** for further proceedings consistent with the Motion to Remand.

4. Upon remand, Defendant shall direct the Appeals Council to instruct the Administrative Law Judge to: (1) further consider Plaintiff's maximum residual functional capacity with specific reference to the opinion evidence of record, including the opinion of Dr. Nwaogwugwu; (2) further evaluate Plaintiff's subjective complaints; and (3) if warranted, obtain evidence from a vocational expert.

5. The Clerk is directed to enter judgment accordingly, which shall state that if Plaintiff ultimately prevails in this case upon remand to the Social Security Administration, any motion for attorneys' fees under 42 U.S.C. §§ 406(b) or 1383(d)(2) must be filed within thirty days of the date that the Commissioner's letter is sent to Plaintiff's counsel of record at the conclusion of the Agency's past-due benefit calculation stating the amount withheld for attorneys' fees.

6. The Clerk is further directed to close this case after entering judgment.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record