UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STANLEY ANTHONY LEMANSKI,**

**Plaintiff,**

**v.**                                                      **Case No:  6:15-cv-1485-Orl-41JBT**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 19). United States Magistrate Judge Joel B. Toomey submitted a Report and Recommendation (Doc. 20), which recommends that the motion be granted and that Plaintiff be awarded $3,766.42 in attorney's fees and $400.00 in costs.

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 19) is **GRANTED**.

3. Plaintiff is awarded $3,766.42 in attorney's fees and $400.00 in costs.

4. The Court authorizes, but does not require, payment to be made directly to Plaintiff's counsel if it is determined that Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record