UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STANLEY ANTHONY LEMANSKI,**

      **Plaintiff,**

**v.**                                                    Case No: 6:15-cv-1485-Orl-41JBT

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Counsel's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 24). United States Magistrate Judge Joel B. Toomey issued a Report and Recommendation (Doc. 25), in which he recommends granting the motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Counsel's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 24) is **GRANTED**.

3. The Commissioner is directed to pay $14,970.58 in attorney's fees directly to Plaintiff's counsel, Richard A. Culbertson, Esq.

**DONE** and **ORDERED** in Orlando, Florida on February 19, 2019.



Copies furnished to:

Counsel of Record